Khadijah Abubakari
926 Brian Cir
Bear. DE 19701

**CERTIFIED MAIL**

9589 0710 5270 3392 3422 81




Retail

U.S. POSTAGE PAID
FCM LG ENV
BEAR, DE 19701
NOV 18, 2025

06604    **$7.74**

RDC 99    S2324P500213-11

US Distrist Court Clerk
915 Lafayette Blvd.
Bridgeport, CT 06604